#128736
/#686434

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

IN RE:                          *          CASE # 07-34036 S
                                           CHAPTER 13
                                *
Janeczek, Walter F & Gwendolyn E
Debtor                          *

2010 AUG -3 PM 3:22
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO
FILED

### TRANSMITTAL OF UNCLAIMED FUNDS
John P. Gustafson, Trustee of this estate, reports the following:

1. The Trustee voided returned disbursement checks – creditor states that they are unable to identify an account.

2. Trustee attempted to resolve this issue but the creditor was unable to identify the claim. The balance of funds for the creditor in the amount of **$82.46** is sufficient to pay the claim on the percentages the creditor would have received under the plan. This case is scheduled to close as "completed".

| Check # | Payee | Amount | Date Issued |
|---------|-------|--------|-------------|
| 639406 | Alltel Communication<br>One Allied Drive<br>Little Rock, AR  72202 | 82.46 | 2/26/10 |

3. Your trustee's check # 686434 in the amount of $82.46 payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 7/30/10

John P. Gustafson
Trustee in Bankruptcy